# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 27, 2012

RICHARD A. POSNER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

No. 11-1453

| | |
|---|---|
| WENFANG LIU, | Appeal from the United States |
| *Plaintiff-Appellant*, | District Court for the Western |
| | District of Wisconsin. |
| v. | |
| | No. 3:09-cv-00500-wmc |
| TIMOTHY MUND, | |
| *Defendant-Appellee*. | William M. Conley, *Chief Judge* |

**O R D E R**

In response to the motion by the Department of Justice filed on July 26, 2012, p. 10 of the slip opinion in this case is amended to delete the following language: "Another objection is the proposal's lack of authoritative sponsorship. The government's amicus curiae brief is signed only by Justice Department lawyers. There is no indication of consultation with the Department of Homeland Security, the frontline enforcer of the nation's immigration laws."